ACCEPTED
03-14-00706-CV
4640234
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 2:37:08 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/25/2015 2:37:08 PM

JEFFREY D. KYLE
Clerk

March 25, 2015

Jeffrey D. Kyle, Clerk of the Court                    **e-Filing**
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

      Re:  03-14-00706-CV;  *Entergy Texas, Inc. v. Public Utility Commission of Texas, et al.*

Dear Mr. Kyle:

As counsel for State of Texas' Agencies and Institutions of Higher Education (State Agencies). I am writing in response to the Court's March 24, 2015, letter regarding oral argument. I will be arguing on behalf of State Agencies and am available on the afternoon of May 20, 2015 at the time and date set by the Court for argument.

      Respectfully submitted,

      By:  */s/ Sara R. Hammond*
          Katherine H. Farrell
          State Bar No. 24032396
          Sara R. Hammond
          State Bar No. 24081003
          Assistant Attorneys General
          OFFICE OF THE TEXAS ATTORNEY GENERAL
          Administrative Law Division
          P.O. Box 12548
          Austin, Texas 78711
          Telephone:  (512) 475-4173
          Facsimile:  (512) 320-0167
          E-mail:  katherine.farrell@texasattorneygeneral.gov
                    sara.hammond@texasattorneygeneral.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Letter to the Clerk of the Third Court of Appeals was transmitted by electronic filing on the 25th day of March, to the parties of record as listed below:

/s/ Sara R. Hammond
Sara R. Hammond
Assistant Attorney General


**ENTERGY TEXAS, INC.,**

**Appellant**

John F. Williams
Marnie A. McCormick
DUGGINS WREN MANN & ROMERO, LLP
One American Center
600 Congress Suite 1900
Austin, Texas 78767
Telephone: (512) 744-9300
Facsimile: (512) 744-9399
jwilliams@dwmrlaw.com
mmccormick@dwmrlaw.com


**OFFICE OF PUBLIC UTILITY COUNSEL,**

**Appellee**

Ross Henderson
Assistant Public Counsel
OFFICE OF PUBLIC UTILITY COUNSEL
1701 N. Congress Avenue
Suite 9-180
P.O. Box 12397
Austin, Texas 78711-2397
Telephone: (512) 936-7500
Facsimile: (512) 936-7525  or 936-7520
ross.henderson@opuc.texas.gov

**PUBLIC UTILITY**
**COMMISSION**
**OF TEXAS,**

**Appellee**

Elizabeth Sterling
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4152
Facsimile: (512) 320-0911
Elizabeth.Sterling@texasattorneygeneral.gov

**TEXAS INDUSTRIAL**
**ENERGY CONSUMERS,**

**Appellee**

Rex D. Van Middlesworth
Benjamin Hallmark
THOMPSON KNIGHT, LLP
98 San Jacinto Blvd, Ste. 1900
Austin, Texas 78701
Telephone: (512) 469-6100
Facsimile: (512) 469-6180
rex.vanm@tklaw.com
benjamin.hallmark@tklaw.com